UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESICA PRADO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | Case No. 23-cv-04537-EMC<br><br>**ORDER DENYING PLAINTIFFS' EMERGENCY MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 20 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The undersigned, as duty judge given the unavailability of Judge Chen, orders as follows. Plaintiffs Yesica Prado, Lucian Jeffords, Erin Spencer, and Angel Kennett have moved to extend the scope of the temporary restraining order ("TRO") previously issued by the undersigned and extended (in terms of time) by Judge Chen. Plaintiffs seek to extend the TRO so that it would bar the closure of an encampment located in the Adeline Median located on Adeline Street, between Ashby Avenue and Russell Street. The request for relief is **DENIED** without prejudice. There is no indication that Plaintiffs live at the encampment at the Adeline Median. Furthermore, they lack standing to seek relief on the behalf of the individuals who live at the Adeline Median encampment, including Jermaine White, Shama Sides, Gerald Lambert, and Maceo Clardy. The

///
///
///
///
///

1  Court also notes that the complaint, as currently pled, concerns only the encampment located at
2  Harrison and Eighth; thus, the relief sought by Plaintiffs is beyond the scope of the complaint.

4  **IT IS SO ORDERED**.

6  Dated: September 11, 2023

_____
YVONNE GONZALEZ ROGERS
United States District Judge