1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    YESICA PRADO, et al.,                    Case No.  23-cv-04537-EMC

8                    Plaintiffs,

9            v.                               **ORDER TEMPORARILY ENJOINING**
                                              **ENCAMPMENT CLOSURE**
10   CITY OF BERKELEY,

11                   Defendants.              Docket No. 42

12

13

14        Plaintiffs have filed an emergency motion seeking various forms of relief related to one of

15   the named plaintiffs, Mr. Spencer.  *See* Docket No. 42-1 (proposed order) (asking that the City be

16   ordered to remove fences preventing Mr. Spencer from returning to his original camp; that the

17   City be enjoined from closing Mr. Spencer's current camp; and that the City be ordered to show

18   cause why sanctions should not issue).  Having considered Plaintiffs' submissions, the Court

19   hereby temporarily **ENJOINS** the City from closing Mr. Spencer's current camp – *i.e.*, from

20   enforcing the notice issued on November 9, 2023, stating that the camp would be closed on

21   November 14, 2023.  *See* Nicoletti Decl., Ex. F (noticed issued to "Persons Encamped on South

22   Side of Harrison between 8th and 7th Street").  The balance of hardships tips sharply in Mr.

23   Spencer's favor given that he is unable to return to his original camp and that the City has directed

24   him to leave his current camp (even though, apparently, the City previously advised him he could

25   be there).  There are also serious questions going to the merits given that the City appears not to

26   have complied with the Court's prior order allowing campers such as Mr. Spencer to return to

27   their original camps (*i.e.*, after the abatement).  *See* Docket No. 26 (Order at 16).

28        The Court shall hold a hearing on Plaintiff's motion on November 14, 2023, at 1:30 p.m.

The City may file an opposition to the motion by 10:00 a.m. on November 14, 2023.

      **IT IS SO ORDERED**.

Dated: November 13, 2023

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

2