**Sabyl Landrum (CA BAR NO. 303852)**
slandrum@ebclc.org
**Brigitte Nicoletti (CA BAR NO. 336719)**
bnicoletti@ebclc.org
EAST BAY COMMUNITY LAW CENTER
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Tel:    (510) 548-4040

**Thomas Zito (CA BAR NO. 304629)**
tzito@dralegal.org
**Sean Betouliere (CA BAR NO. 308645)**
sbetouliere@dralegal.org
**Jameelah Najieb (CA BAR NO. 349644)**
jnajieb@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:    (510) 665-8644

**Emily Roznowski** *(Pro Hac Vice)*
eroznowski@dralegal.org
DISABILITY RIGHTS ADVOCATES
300 S. Wacker Drive, Floor 32
Chicago, Illinois 60606
Tel:    (332) 217-2328

**Osha Neumann (CA BAR NO. 127215)**
oshaneumann@oneumannlaw.com
LAW OFFICES OF OSHA NEUMANN
1840 Woolsey Street
Berkeley, CA 94703
Tel:    (925) 452-7603

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| YESICA PRADO, LUCIEN JEFFORDS, ERIN SPENCER, AMBER WHITSON, RUFUS LEE WHITE JR., JERMAINE WHITE, MONIQUE WILLIAMS, and WHERE DO WE GO BERKELEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | Case No. 23-cv-04537-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCUSE CERTAIN PLAINTIFFS FROM SETTLEMENT CONFERENCE ON DEC. 9, 2024 AS MODIFIED**<br>Judge:   Hon. Kandis A. Westmore<br>Date:    Dec. 9, 2024<br>Time:   1:00 p.m.<br>Crtrm.:  4, Third Floor |

## I. STIPULATION

**Whereas**, on July 30, 2024, the Court referred the Parties to Magistrate Judge Westmore for settlement.

1    **Whereas**, following a telephonic conference on August 9, 2024 with the Parties, Judge Westmore scheduled a settlement conference on December 9, 2024.  During that August 9, 2024 telephonic conference, attorneys for Plaintiffs informed Judge Westmore that some unhoused Plaintiffs may have difficulty attending the December 9, 2024 settlement conference in person or at all.

**Whereas**, Plaintiffs' counsel have since notified the Court that several Plaintiffs will not be able to attend the Conference, but that each has communicated their concerns and settlement priorities, and provided full authorization to settle to Plaintiffs' counsel and Plaintiffs who are able to be in attendance. Specifically Plaintiffs Lucien Jeffords, Rufus Lee White Jr., Jermaine White, Erin Spencer, and Monique Williams are unable to attend the settlement conference on December 9, 2024 and have provided full authorization to settle their claims.

**Whereas**, Plaintiffs' counsel have conferred by email with counsel for the City of Berkeley who have stated they have no objection to Plaintiffs' request to excuse Messrs. Jeffords, White Jr., White, Spencer, and Ms. Williams from the December 9, 2024 settlement conference, and will stipulate to Plaintiffs' request to the Court to excuse them from the conference.

Therefore the Parties hereby stipulate to request that the Court excuse Lucien Jeffords, Rufus Lee White Jr., Jermaine White, Erin Spencer, and Monique Williams from attending the settlement conference on December 9, 2024.

It is so stipulated.

DATED:  December 6, 2024                    DISABILITY RIGHTS ADVOCATES

                                            By:  */s/ Emily Roznowski*
                                                 Emily Roznowski
                                                 Attorneys for Plaintiffs

                                            BERKELEY CITY ATTORNEY'S OFFICE


                                            By:
                                                 */s/ Marc Shapp*
                                                 Marc Shapp
                                                 Attorneys for City of Berkeley

FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Emily Roznowski, attest that concurrence in the filing of this document has been obtained from all signatories.

**[PROPOSED] ORDER AS MODIFIED PURSUANT TO THE ABOVE STIPULATION, the personal attendance of the named individual plaintiffs is excused. IT IS SO ORDERED**

Dated: 12/6/2024

_____
Honorable Kandis Westmore
United States Magistrate Judge