IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE FISHER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY, et al.,<br><br>    Defendants. | Case No. 24-cv-08134-CRB<br><br>**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Local Civil Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward M. Chen for consideration whether the case is related to Prado v. City of Berkeley, No. 23-cv-4537-EMC (N.D. Cal. filed Sept. 4, 2023). The parties may file a response in opposition to or support of relating the cases within 14 days of this order. See Loc. Civ. Rule 3-12(e).

**IT IS SO ORDERED.**

Dated: January 8, 2025



CHARLES R. BREYER
United States District Judge