

2001 Center Street, Third Floor
Berkeley, California 94704-1204
(510) 665-8644
www.dralegal.org

April 1, 2025

*Via ECF*

Hon. Edward M. Chen
San Francisco Courthouse
450 Golden Gate Avenue, Courtroom 5 - 17th Floor
San Francisco, CA 94102

Re:   *Prado, et al. v. City of Berkeley*, No. 23-CV-4537-EMC, Joint Discovery Letter

Dear Judge Chen:

The parties submit this supplemental joint discovery letter pursuant to the Court's Order at ECF No. 107. Per the Court's Order, Plaintiffs reviewed Defendant's February 28, 2025 document production and identified remaining deficiencies. Plaintiffs also articulated to Defendant the relevance of each December 20, 2024 interrogatory to the furtherance of settlement discussions, and Defendant responded to Plaintiffs' arguments. The parties met and conferred via Zoom on March 25, 2025 to discuss remaining disputes.

The parties have agreed to set aside any remaining discovery disputes pending the results of their May 30th settlement conference. If the parties are unable to settle on that date, they will continue to meet and confer regarding discovery disputes and return to the Court if it becomes necessary.

Respectfully,

*/s/ Emily Roznowski*                          */s/ Laura Iris Mattes*

Emily Roznowski                                Laura Iris Mattes
Attorney for Plaintiffs                        Attorney for Defendant
Disability Rights Advocates                    City of Berkeley
(332) 217-2297                                 (510) 981-6997
eroznowski@dralegal.org                        lmattes@berkeleyca.gov