United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

          Plaintiff,

     v.

CITY OF BERKELEY, et al.,

          Defendants.

Case No. 26-cv-02030-RS

**REFERRAL FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Edward M. Chen for a determination as to whether it is related to 3:23-cv-04537-EMC *Prado et al v. City of Berkeley.* In light of plaintiff's pending request for a Temporary Restraining Order, the parties are advised that the related case issue may be determined prior to any response in opposition or support of this referral.

**IT IS SO ORDERED**.

Dated: March 10, 2026

_____
RICHARD SEEBORG
Chief United States District Judge