Priya Navaratnasingham [SBN 252686]
Nicholas C. Wood [SBN 347722]
**PHILLIPS, SPALLAS & ANGSTADT LLP**
560 Mission Street, Suite 1010
San Francisco, CA 94105
Tel:     (415) 278-9400
Fax:     (415) 278-9411
Email:  pnavaratnasingham@psalaw.net
          nwood@psalaw.net

Attorneys for Third-Party Defendant,
DOROTHY DAY HOUSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| YESICA PRADO, ERIN SPENCER, AMBERWHITSON, JERMAINE WHITE, MONIQUE WILLIAMS, and WHERE DO WE GO F/K/A WHERE DO WE GO BERKELEY, on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-04537-EMC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |
| CITY OF BERKELEY, | |
| Third-Party Plaintiff, | |
| v. | |
| BAY AREA COMMUNITY SERVICES, a California nonprofit corporation; BUILDING OPPORTUNITIES FOR SELF-SUFFICIENCY, a California nonprofit corporation; DOROTHY DAY HOUSE, a California nonprofit corporation; INSIGHT HOUSING, a California nonprofit corporation; and ROES 1-10, | |
| Third-Party Defendants. | |

Third-Party Defendant DOROTHY DAY HOUSE'S Joinder to Third-Party Defendant Insight Housing's Motion to Dismiss Third-Party Plaintiff City of Berkeley's Third-Party Complaint came before the Court for hearing on May 14, 2026. Upon consideration of the parties' briefing and oral argument, IT IS HEREBY ORDERED that:

1. Third-Party Defendant DOROTHY DAY HOUSE'S joinder motion to dismiss is granted;

2. The Third-Party Complaint is dismissed without further leave to amend; and

3. This case is closed.

DATED:     _____

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE