**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

**Date:** May 18, 2026

**Time:** 10:03-10:45 (Motion)
10:45-10:50 (Status Conference)
47 Minutes

**Judge:** EDWARD M. CHEN

**Case No.**: 23-cv-04537-EMC **Case Name:** Prado v. City of Berkeley

**Attorneys for Plaintiffs:** Emily Roznowski
**Attorneys for Defendants:** Rahi Azizi (City of Berkeley), Blaze Van Dine (Insight Housing), Nicholas Wood (Dorothy Day House), Adam Smith (Bay Area Community Services)

**Deputy Clerk:** Vicky Ayala **Court Reporter:** Marla Knox

**PROCEEDINGS HELD VIA ZOOM WEBINAR**

Motion to Certify Class and Status Conference – held

**SUMMARY**

Parties stated appearances.

Motion Hearing – Oral argument presented. Matter taken under submission.

Status Conference - Plaintiffs requested an extension of the close of fact discovery and to vacate trial date. Defendant City of Berkeley had no objections. Court granted extension of fact discovery and vacating trial date. Defendants requested to appear via Zoom. Court advised parties to file a stipulation or administrative motion requesting to appear via Zoom and to explain the reason for the request.

CASE CONTINUED TO: **6/25/2026 at 1:30 PM for a Status Conference in Courtroom 5, 17th Floor.** Joint CMC statement **due by 6/16/2026**.